# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JESSIE LEE MCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:17-cv-00396 |
| | ) Judge Trauger |
| CPL. F/N/U CORDER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On July 25, 2017, the magistrate judge issued a Report and Recommendation (DE #11), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, this case is DISMISSED without prejudice pursuant to Rule 4(m) and 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 17th day of August 2017.

_____
ALETA A. TRAUGER
U.S. District Judge